E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1052 GHK (JEMx) | Date | August 26, 2011 |
|---|---|---|---|
| Title | ELANOR PAYNE vs. UNITED FP, INC., et al | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(IN CHAMBERS)**   **ORDER**

      The Court is in receipt of the parties' *Notice of Settlement* e-filed on August 25, 2011 informing the Court that the parties have reach a settlement in the above case. Counsel shall have **THIRTY (30) DAYS** in which to file a stipulation for dismissal or **SHOW CAUSE** in writing within the same time period, why the above action should not be dismissed. Failure to timely respond as required herein will be deemed plaintiff's abandonment of the above action. In that event, the above matter will be dismissed without prejudice by reason of settlement.

      **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |